[No. 32638-1-III.   Division Three.   November 19, 2015.]

*In the Matter of the Parental Rights to* L.R.C.

Appeal from a judgment of the Superior Court for Yakima County, No. 13-7-00624-1, Robert W. Inouye, J. Pro Tem., entered June 13, 2014. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Fearing, J.

[No. 32808-2-III.   Division Three.   November 19, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. LYNN L. JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 14-1-00047-4, Scott D. Gallina, J., entered October 3, 2014. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Fearing, J.

[No. 32938-1-III.   Division Three.   November 19, 2015.]

*In the Matter of the Parental Rights to* R.L.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-7-00024-8, Tari S. Eitzen, J., entered October 31, 2014. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 71252-7-I.   Division One.   November 23, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. KURTIS W. BRISKEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-07616-9, Barbara A. Mack, J., entered October 14, 2013. *Affirmed* by unpublished opinion per Leach, J., concurred in by Becker and Cox, JJ.